**KIRKBRAE COUNTRY ESTATES, INC.**

v.

**Dr. Bahram SHAH–HOSSEINI.**

No. 79–473–A.

Supreme Court of Rhode Island.

May 2, 1980.

Stephen C. Mackie, Providence, for plaintiff.

Oster, Groff & Prescott, George M. Prescott, Lincoln, for defendant.

## ORDER

The plaintiff's motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is assigned to the motion calendar for Thursday, May 8, 1980 at 9:30 a. m. for oral argument.

**PROVIDENCE GAS COMPANY**

v.

**Edward F. BURKE et al.**

No. 79–366–M.P.

Supreme Court of Rhode Island.

May 2, 1980.

Michael P. DeFanti, Providence, for petitioner.

Dennis J. Roberts II, Atty. Gen., John R. McDermott, Spec. Asst. Atty. Gen., for respondent.

## ORDER

The respondents' motion to strike as prayed is denied.

**James Ivan ROSENBAUM**

v.

**DEPARTMENT OF ENVIRONMENTAL MANAGEMENT STATE OF RHODE ISLAND.**

No. 80–59–M.P.

Supreme Court of Rhode Island.

May 2, 1980.

Matthew J. Faerber, Newport, for petitioner.

Dennis J. Roberts II, Atty. Gen., Alyssa L. Talanker, Special Asst. Atty. Gen., for respondent.

## ORDER

The petition for writ of certiorari is granted.